IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| CHRISTOPHER M. CARGILE and GINA P. CARGILE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 140360D |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION** |

This Final Decision incorporates without change the court's Decision entered October 7, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Motion to Dismiss filed October 3, 2014. Plaintiffs filed their Complaint on September 22, 2014, requesting "full refund payment of $2,832 to Christopher and Gina Cargile." In its Motion to Dismiss, Defendant stated that "Plaintiffs have already provided the required documentation to correct the W2 and the Defendant agrees with a full relief on the complaint; and [t]he refund has been processed and sent to the Plaintiffs."

Plaintiffs submitted a letter, filed by the court on October 6, 2014, stating that they withdraw their appeal and requesting that the court refund their filing fee. Plaintiffs cited no authority allowing the court to refund their filing fee. The filing fee is required by statute. ORS 305.490(1).

Because Defendant stated that it allowed Plaintiffs' requested refund, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs are entitled to a 2013 Oregon state income tax refund in the amount of $2,832.

IT IS FURTHER DECIDED that Defendant's Motion to Dismiss is denied.

Dated this ____ day of October 2014.

 

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Presiding Magistrate Jill A. Tanner on October 24, 2014. The Court filed and entered this Final Decision on October 24, 2014.*